AUSA

FILED
NOV 05 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8901

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Martin Iram SAAVEDRA-Alvarez<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about November 2, 2007, within the Southern District of California, defendant Martin Iram SAAVEDRA-Alvarez, did knowingly and intentionally import approximately 24.78 kilograms (54.52 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Vincent McDonald, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Vincent McDonald with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On November 2, 2007, at approximately 12:19pm, Martin SAAVEDRA-Alvarez entered the United States from the Republic of Mexico at the Calexico, California West Port of Entry (POE). SAAVEDRA was the driver, sole occupant, and registered owner of a 2004 Renault Laguna bearing Baha Mexico (BAMX) license plate number AHV-86-64. Customs and Border Protection Officers searched the vehicle SAAVEDRA was driving and discovered 20 packages concealed inside a compartment in the floor of the vehicle. A sample from one of the packages was obtained and it produced a white, powdery substance. The white powdery substance was field-tested and it tested positive for cocaine, a Schedule II Controlled Substance. The combined weight of the 20 packages was 24.78 kilograms (54.52 pounds).

SAAVEDRA was advised of his Constitutional rights according to Miranda, which he acknowledged and declined to be interviewed without the presence of an attorney.

Executed on November 2, 2007 at 9:40pm.

Vincent McDonald, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 2, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

Peter C. Lewis, United States Magistrate Judge

11-3-07 @ 10:50 a.m.
Date/Time