FILED
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN IRAM SAAVEDRA ALVAREZ,<br>Defendant. | Criminal Case No. 07CR3262-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant MARTIN IRAM SAAVEDRA ALVAREZ, did knowingly and intentionally import 24.78 kilograms/54.52 pounds of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 4, 2007 .

KAREN P. HEWITT
United States Attorney

for DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:Imperial
12/4/07