**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Martin Iram Saavedra-Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN IRAM SAAVEDRA-ALVAREZ,<br>Defendant. | Case No. 07CR3262-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erica K. Zunkel and Federal Defenders of San Diego, Inc., counsel for Martin Iram Saavedra-Alvarez, along with Assistant United States Attorney James Melendres, that the sentencing hearing set for March 14, 2008 be rescheduled to **Friday, April 18, 2008, at 9:00 a.m.**

Respectfully submitted,

DATED: March 6, 2008

/s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Martin Iram Saavedra-Alvarez

DATED: March 6, 2008

/s/ James Melendres
**JAMES MELENDRES**
Assistant United States Attorney