UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN IRAM SAAVEDRA-ALVAREZ,<br>Defendant. | Case No. 07CR3262-DMS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that the sentencing hearing set for March 14, 2008 be rescheduled to **Friday, April 18, 2008, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: March 7, 2008

HON. DANA M. SABRAW
United States District Judge